Robert Sasseman, Jr., Appellee, v. Cornelia Cameron Sasseman, Appellant.

Gen. No. 46,934.

First District, Second Division.
February 19, 1957.
Released for publication April 2, 1957.

William C. Wines, Geoffrey Levinson, Ehrlich and Cohn, for appellant, William C. Wines and Aaron H. Cohn, of counsel; Romano and Romano, for appellee, Frank J. Romano, Jr., Henry S. Romano, Harrison L. Dod, and Charles D. Snewind, of counsel. Opinion by JUDGE McCORMICK. Not to be published in full.